

**FILED**
NOV 20 2013
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| THERESA KRETH, | \* | CIV. 12-4213 |
| Plaintiff, | \* | |
| vs. | \* | **ORDER OF DISMISSAL** |
| GRAPHIC PACKAGING INT'L INC., | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear their own costs.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated this 20 day of November, 2013.

Karen E. Schreier
United States District Court Judge